ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CARLOS FRANCISCO RUEDAS-HERRERA,<br><br>Defendant. | CASE NO. 5:25-MJ-00048-CDB<br><br>MOTION TO UNSEAL CASE AND ORDER THEREON |

The government moves the Court to unseal the Complaint and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges.

Dated: September 12, 2025

ERIC GRANT
United States Attorney

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER**

Good cause appearing, the Complaint and all other filings are HEREBY UNSEALED.

IT IS SO ORDERED.

Dated: **September 12, 2025**

UNITED STATES MAGISTRATE JUDGE