IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**Carlos Ruedas-Herrera**

        Defendant.

Case No.: 5:25-mj-00048-CDB

(Doc. 12)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Carlos Ruedas-Herrera
Detained at: Mesa Verde Detention Center

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 8 USC 1326(a)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Friday, September 26, 2025, at 2:30 pm, at the Bakersfield Federal Courthouse*

Signature: */s/ Joseph Barton*
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 19, 2025

Honorable Christopher D. Baker
United States Magistrate Judge

---

Please provide the following, if known:

AKA(s):
Booking or CDC #: Alien # A087 908 404
Facility Address: 425 Golden State Hwy, Bakersfield, CA
Facility Phone: (661) 859-1028

☒ Male    ☐ Female
DOB:
Race: Hispanic
FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)